## IN THE U.S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 2:16-bk-57932 |
| | ) | |
| Jithendra Pamulapati and | ) | Judge Hoffman |
| Bhanu P. Pamulapati | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | **MOTION FOR RULE 2004** |
| | ) | **EXAMINATION AND NOTICE** |

Pursuant to Rule 2004, Fed.R.Bankr.Proc., Movant, New Falls Corporation, by the undersigned attorney, moves for examination of Debtors, and in support of this motion states:

1.  Movant is a party in interest, being a creditor of Debtor Jithendra Pamulapati. Please see Affidavit of Cindy Krusely and Exhibits A, B, C and D.

2.  The proposed examination relates to:

    (a) the acts, conduct and property of the Debtors and the assets and liabilities and financial condition of the Debtors; and

    (b) other matters that may affect the administration of the Debtors' estate, namely income and expenses of the Debtors; and

    (c) the Debtors' right to a discharge, due to Debtors' possible concealment of income or assets from this Court.

3.  The proposed examination is necessary because the information, documents and records held by the Debtors are not available to Movant from any other source or verifiable by Movant.

4.  Movant submits the Affidavit of Cindy Krusely, Account Officer of Movant, in support of this Motion.

5.  A form of proposed Subpoena is submitted with this Motion as Exhibit E, with Movant to complete the location, date and time of the examination.

      6.    A form of proposed Order is submitted with this Motion.

WHEREFORE, Movant, New Falls Corporation moves for the examination of Debtors pursuant to Rule 2004, Fed.R.Bankr.Proc., and prays for such other and further relief as is just and proper.

                                                 Respectfully submitted,

Date: January 4, 2017

                                                 /s/ Victor O. Buente, Jr.
Victor O. Buente, Jr., OSC No. 0005006
Attorney for Movant, New Falls Corporation
100 North Center Street
Newton Falls, OH 44444-1321
Telephone: (888) 462-2353 x 3124
Telecopier: (800) 860-5367
E-Mail: victor.buente@cadleco.com

## **CERTIFICATE OF SERVICE**

I certify that on the ____ day of January, 2017, I filed the Motion for Rule 2004 Examination electronically. Notice of electronic filing will be sent to counsel if registered for electronic notification by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, I certify that I served a copy of the foregoing pleading by regular U.S. Mail, postage prepaid, this ____ day of January, 2017, on the following:

Clyde Hardesty, Trustee
P.O. Box 731
Newark, OH 43058-0731

U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215

Nannette JB Dean
Dean Law Co., LLC
3757 Attucks Drive
Powell, OH 43065
court@deanlawlpa.com
Attorney for Debtors

Victor O. Buente, Jr., OSC No. 0005006
Attorney for Movant, New Falls Corporation
100 North Center Street
Newton Falls, OH 44444-1321
Telephone: (888) 462-2353 x 3124
Telecopier: (800) 860-5367
E-Mail: victor.buente@cadleco.com